DIAMOND RENOVATIONS INC
FORT WORTH, TX 76179

Randy A Cryer
9656 Houston Hill Rd.
Fort Worth, TX 76179

| **Employee Pay Stub** | Check number: 1517 | | | Pay Period: 03/17/2026 - 03/31/2026 | | Pay Date: 04/01/2026 |
|---|---|---|---|---|---|---|

| **Employee** | | | | **SSN** | | |
|---|---|---|---|---|---|---|
| Randy A Cryer, 9656 Houston Hill Rd., Fort Worth, TX 76179 | | | | ***-**-6431 | | |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Officers' Compensation | | | 4,000.00 | 8,000.00 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -320.00 | -640.00 |
| Social Security Employee | | | -248.00 | -496.00 |
| Medicare Employee | | | -58.00 | -116.00 |
| | | | -626.00 | -1,252.00 |
| **Net Pay** | | | **3,374.00** | **6,748.00** |

DIAMOND RENOVATIONS INC, FORT WORTH, TX 76179