United States Bankruptcy Court

Northern District of Texas

In re:                                                                                      Case No. 26-42353-mxm

Randall Allen Cryer                                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4                        User: admin                              Page 1 of 3

Date Rcvd: May 29, 2026                     Form ID: 309A                         Total Noticed: 59

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Randall Allen Cryer, 9656 Houston Hill Rd, Fort Worth, TX 76179-6013 |
| 23373847 | + | Angela Cryer, 9656 Houston Hill Rd, Fort Worth, TX 76179-6013 |
| 23373852 | + | Bollier Ciccone Stinson LLP, 1101 S Capital of Texas Hwy Ste 200, Bui, Austin, TX 78746-6480 |
| 23373853 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23373861 | + | Citi Executive, PO Box Box 658202, Dallas, TX 75265-8202 |
| 23373862 | + | CitiBank Personal Loan, PO Box 78917, Phoenix, AZ 85062-8917 |
| 23373866 | + | Department of Justice Tax, 1700 Pacific Ave. Suite 3700, Dallas, TX 75201-4656 |
| 23373867 | + | Diamond Renovations, Inc., 9227 Live Oak Ln, Fort Worth, TX 76179-4063 |
| 23373870 | + | District Court State Of Utah Third Judicial Distri, 450 S State St, Salt Lake City, UT 84111-3101 |
| 23373873 | + | EECU, 717 E Bailey Boswell Rd, Fort Worth, TX 76131-3511 |
| 23373874 | + | EECU Signature Fixed Loan, PO Box 1687, Fort Worth, TX 76101-1687 |
| 23373877 | + | Home Depot Commercial, PO Box 790345, Saint Louis, MO 63179-0345 |
| 23373880 | + | Kubota Credit, 3401 Del Amo Blvd, Torrance, CA 90503-1636 |
| 23373881 | + | Lexus Financial Services, PO Box 94316, Palatine, IL 60094-4316 |
| 23373884 | + | Lowes Business Advantage, PO Box 669824, Dallas, TX 75266-0781 |
| 23373889 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23373890 | + | Service First Mortgage Co., PO Box 660592, Dallas, TX 75266-0592 |
| 23373892 | + | Stephen Daniel Taylor, 1572 Flying Jib Drive, Azle, TX 76020-4972 |
| 23373894 | + | Synchrony Secured, PO Box 71791, Philadelphia, PA 19176-1791 |
| 23373895 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |
| 23373902 | + | Wells Fargo Equipment, 800 Walnut St 4th Floor, Des Moines, IA 50309-3605 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| aty | | Email/Text: clayton@norredlaw.com | May 29 2026 22:08:00 | Clayton Everett, 515 E. Border St., Ste 163, 76010, Arlington, TX 76010 |
| tr | + | EDI: FJDSPICER | May 30 2026 01:48:00 | John Dee Spicer, Suite 560, Founders Square, 900 Jackson Street, Dallas, TX 75202-4404 |
| 23373846 | + | Email/PDF: bncnotices@becket-lee.com | May 29 2026 22:21:59 | American Express, PO Box 96001, Los Angeles, CA 90096-8000 |
| 23373848 | ^ | MEBN | May 29 2026 22:08:40 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23373849 | | EDI: BANKAMER | May 30 2026 01:47:00 | Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 23373850 | + | EDI: BANKAMER | May 30 2026 01:47:00 | Bank of America, PO Box 851001, Dallas, TX 75285-1001 |
| 23373851 | + | EDI: BANKAMER | May 30 2026 01:47:00 | Bank of America Consumer Credit Cards, PO Box 672050, Dallas, TX 75267-2050 |
| 23373857 | | EDI: CITICORP | | |

District/off: 0539-4     User: admin     Page 2 of 3

Date Rcvd: May 29, 2026     Form ID: 309A     Total Noticed: 59

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 30 2026 01:47:00 | CBNA, Attn: Centralized Bankruptcy/Citicorp, PO Box 790034, St Louis, MO 63179-0034 |
| 23373854 | + | Email/Text: bankruptcy@cadencebank.com | May 29 2026 22:10:00 | Cadence Bank, Attn: Central Loan Operations, PO Box 4360, Tupelo, MS 38803-4360 |
| 23373855 | + | EDI: CAPITALONE.COM | May 30 2026 01:47:00 | Capital One Bank USA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 23373856 | + | EDI: CAPITALONE.COM | May 30 2026 01:47:00 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 23373858 | + | EDI: JPMORGANCHASE | May 30 2026 01:47:00 | Chase Business Ink, PO Box 1423, Charlotte, NC 28201-1423 |
| 23373859 | + | EDI: CITICORP | May 30 2026 01:47:00 | Citi Business Card, PO Box 6004, Sioux Falls, SD 57117-6004 |
| 23373860 | + | EDI: CITICORP | May 30 2026 01:47:00 | Citi Costco Business, PO Box 658234, Dallas, TX 75265-8234 |
| 23373863 | + | EDI: CITICORP | May 30 2026 01:47:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, S Louis, MO 63179-0040 |
| 23373864 | + | EDI: CITICORP | May 30 2026 01:47:00 | Citicards CBNA, 5800 South Corporate Place Mail Code 234, Sioux Falls, SD 57108-5027 |
| 23373865 | + | Email/Text: bankruptcy@datcu.org | May 29 2026 22:10:00 | DATCU, PO Box 827, Denton, TX 76202-0827 |
| 23373869 | | EDI: DISCOVER | May 30 2026 01:47:00 | Discover Financial, PO Box 30943, Salt Lake City, UT 84130 |
| 23373868 | + | EDI: DISCOVER | May 30 2026 01:47:00 | Discover, PO Box 71242, Charlotte, NC 28272-1242 |
| 23373871 | + | Email/Text: accountresolutions@eecu.org | May 29 2026 22:12:00 | EECU, PO Box 1777, Fort Worth, TX 76101-1777 |
| 23373872 | + | Email/Text: bknotifications@myeecu.org | May 29 2026 22:10:00 | EECU, Attn: Bankruptcy, PO Box 5242, Fresno, CA 93755-5242 |
| 23373876 | | Email/Text: collecadminbankruptcy@fnni.com | May 29 2026 22:10:00 | FNBO, 1620 Dodge Street, Omaha, NE 68197 |
| 23373875 | | Email/Text: collecadminbankruptcy@fnni.com | May 29 2026 22:10:00 | FNBO, PO Box 3128, Omaha, NE 68103 |
| 23373879 | + | EDI: IRS.COM | May 30 2026 01:47:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23373882 | + | Email/Text: dallas.bankruptcy@LGBS.com | May 29 2026 22:11:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23373883 | + | Email/Text: dallas.bankruptcy@LGBS.com | May 29 2026 22:11:00 | Linebarger Groggans Blair & Sampson, LLP, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23373885 | + | Email/Text: riskmanagement@mulliganfunding.com | May 29 2026 22:08:00 | Mulligan Funding, 4715 Viewridge Avenue, Suite 100, San Diego, CA 92123-1628 |
| 23373886 | + | Email/Text: rzahradka@nationalfunding.com | May 29 2026 22:10:00 | National Funding, Inc, 4380 La Jolla Village Dr., San Diego, CA 92122-1233 |
| 23373887 | + | Email/Text: bankruptcy@ondeck.com | May 29 2026 22:11:00 | Odk Capital, 4700 W. Daybreak Pkwy, Suite 200, South Jordan, UT 84009-5133 |
| 23373888 | + | Email/Text: emccain@pbfcm.com | May 29 2026 22:10:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23373893 | ^ | MEBN | May 29 2026 22:11:18 | Superior Court Of California, County Of Orange, 700 Civic Center Drive West, Santa Ana, CA 92701-4045 |
| 23373891 | | Email/Text: pacer@cpa.state.tx.us | May 29 2026 22:11:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23373896 | + | Email/Text: bcd@oag.texas.gov | May 29 2026 22:09:00 | Texas Attorney General's Office, Bankruptcy-Collections Div., PO Box 12548, |

District/off: 0539-4 | User: admin | Page 3 of 3
Date Rcvd: May 29, 2026 | Form ID: 309A | Total Noticed: 59

| Recip ID | | | Date | Name and Address |
|---|---|---|---|---|
| | | | | Austin, TX 78711-2548 |
| 23373897 | + | Email/Text: collections.pacer@twc.texas.gov | May 29 2026 22:11:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23373898 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 29 2026 22:10:00 | Toyota Financial Services, Attn: Bankruptcy Dept, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 23373899 | ^ | MEBN | May 29 2026 22:10:52 | Truist Loan Services, PO Box 2306, Wilson, NC 27894-2306 |
| 23373900 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | May 29 2026 22:10:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |
| 23373901 | | EDI: USBANKARS.COM | May 30 2026 01:48:00 | US Bank, PO Box 6353, Fargo, ND 58125 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23373878 | *+ | Internal Revenue Service, Philadelphia, PA 19101, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026          Signature:          /s/Gustava Winters

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Randall Allen Cryer<br>First Name   Middle Name   Last Name | Social Security number or ITIN:  xxx–xx–6431<br>EIN:  _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:  _ _ _ _<br>EIN:  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:   Northern District of Texas | | Date case filed for chapter:      7      5/29/26 |
| Case number:   26–42353–mxm7 | | |

Official Form 309A (For Individuals or Joint Debtors)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   **10/20**

10/20

---

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Randall Allen Cryer | | |
| 2. | **All other names used in the last 8 years** | aka Randy Cryer | | |
| 3. | **Address** | 9656 Houston Hill Rd<br>Fort Worth, TX 76179 | | |
| 4. | **Debtor's attorney**<br>Name and address | Clayton Everett<br>515 E. Border St.<br>Ste 163<br>76010<br>Arlington, TX 76010 | | Contact phone 817–704–3984<br><br>Email:  clayton@norredlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | John Dee Spicer<br>Suite 560, Founders Square<br>900 Jackson Street<br>Dallas, TX 75202–4425 | | Contact phone (214) 573–7331 |

**For more information, see page 2 >**

Debtor **Randall Allen Cryer**                                                                 Case number **26–42353–mxm7**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 501 W. Tenth Street<br>Fort Worth, TX 76102 | Hours open:<br>Mon.–Fri. 8:30–4:30<br><br>Contact phone 817–333–6000<br><br>Date: 5/29/26 |

| | | | |
|---|---|---|---|
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 8, 2026 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 707 056 0340, and Passcode 2104473206, OR call 1–469–397–0792**<br><br>For additional meeting information, go to https://www.justice.gov/ust/moc |

| | | |
|---|---|---|
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. |

| | | | |
|---|---|---|---|
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/8/26** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| | | |
|---|---|---|
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |

| | | |
|---|---|---|
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| | | |
|---|---|---|
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                         page **2**