Toni Townsend
TEXAS BAR NO. 24106812
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Rd
Roswell, GA 30076
Direct Phone: (312) 346-9088 X5174
Direct Fax: 312-803-9663
Toni.Townsend@mccalla.com
*Attorney for Dovenmuehle Mortgage*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| RANDALL ALLEN CRYER, | § | CASE NO. 26-42353-MXM |
| | § | |
| Debtor. | § | JUDGE: MARK X. MULLIN |
| | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**COMES NOW** Toni Townsend of McCalla Raymer Leibert Pierce, LLP, and gives this Notice of Appearance on behalf of SFMC, LP dba SFMC Home Lending and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

c/o McCalla Raymer Leibert Pierce, LLP
Bankruptcy Department
1544 Old Alabama Rd
Roswell, GA 30076

Dated:     June 2, 2026                    Respectfully Submitted,

*/s/ Toni Townsend*
Toni Townsend, TX BAR NO. 24106812
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Rd
Roswell, GA 30076
Phone: (312) 346-9088 X5174
Fax: 312-803-9663
Toni.Townsend@mccalla.com

NOA

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 2, 2026, I caused a true and correct copy of the foregoing Notice of Appearance and Request for Service to be served upon the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail as indicated thereon:

By:   */s/ Toni Townsend*
      Toni Townsend

NOA

## SERVICE LIST (CASE NO. 26-42353-MXM)

*U.S. mail only*
**Debtor**
Randall Allen Cryer
9656 HOUSTON HILL RD
Fort Worth, TX 76179

*CM/ECF*
**Attorney for Debtor**
Clayton Everett
515 E. Border St.
Ste 163
Arlington, TX 76010

**Trustee**
John Dee Spicer
P.O. Box 820009
North Richland Hills, TX 76180-668

**U.S. Trustee**
United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202

NOA