United States Bankruptcy Court

Northern District of Texas

In re:                                                                                                Case No. 26-42353-mxm

Randall Allen Cryer                                                                 Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 05, 2026 | Form ID: BTXN176 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Randall Allen Cryer, 9656 Houston Hill Rd, Fort Worth, TX 76179-6013 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2026          Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Debtor Randall Allen Cryer clayton@norredlaw.com<br>clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| John Dee Spicer | trusteedocs@chfirm.com  jds@trustesolutions.net |
| Toni Townsend | on behalf of Creditor SFMC  LP dba SFMC Home Lending toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 4

BTXN 176 (rev. 12/24)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                          §
Randall Allen Cryer                             §      Case No.:  26−42353−mxm7
                                                §      Chapter No.:  7
                                Debtor(s)        §

## NOTICE OF REQUIREMENT TO FILE A CERTIFICATE OF COMPLETION FOR COURSE IN PERSONAL FINANCIAL MANAGEMENT

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. § 727). Pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, the debtor(s) must file a certificate of course completion issued by the provider, as described in 11 U.S.C. § 111.*

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that a certificate of course completion issued by the provider must be filed before a discharge can be entered. The certificate of course completion must be filed within 60 days after the first date set for the meeting of creditors under § 341.

Failure to file the certificate of course completion will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the certificate of course completion, the debtor(s) must pay the full reopening fee due for filing the motion.

DATED:  6/4/26                        FOR THE COURT:
                                      Stephen J Manz, Clerk of Court

*NOTE: A certificate of course completion issued by the provider must be filed in all individual chapter 13 and chapter 7 cases even if the U.S. Trustee has not approved any credit counseling agency or financial management course for the applicable district. See Rule 1007(b)(7).