Certificate Number: 17572-TXN-DE-041070449

Bankruptcy Case Number: 26-42353



17572-TXN-DE-041070449

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 8, 2026, at 1:45 o'clock PM PDT, Randy Cryer completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date:   June 8, 2026

By:   /s/Benjamin E Wunsch

Name:   Benjamin E Wunsch

Title:   Counselor