UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RANDALL ALLEN CRYER | § | CASE NO. 26-42353-mxm7 |
| | § | |
| DEBTOR | § | CHAPTER 7 |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that the firm of HALEY & OLSON, P.C., represents The Huntington National

Bank successor by merger to Cadence Bank, a creditor in the above-captioned and numbered case, and

that it hereby requests that notice of all matters arising in this case of which notice is sent to any

creditor, party in interest, creditors' committee or a member of any creditors' committee be sent to

BLAKE RASNER, at HALEY & OLSON, P.C., 100 N. Ritchie Road, Suite 200, Waco, Texas  76712.

Respectfully submitted,

HALEY & OLSON, P.C.

By: /s/ Blake Rasner
    Blake Rasner
    100 N. Ritchie Road, Suite 200
    Waco, Texas 76712
    Telephone:  (254) 776-3336
    Fax:  (254) 776-6823
    Bar Card No. 16555700
    Email:  brasner@haleyolson.com

*ATTORNEY FOR THE HUNTINGTON NATIONAL BANK*
*SUCCESSOR BY MERGER TO CADENCE BANK*

## CERTIFICATE OF SERVICE

I certify that on July 7, 2026, a true and correct copy of the above and foregoing was served upon the following parties via electronic means as listed on the court's ECF noticing system or by regular first-class mail:

Randall Allen Cryer
*Debtor*
9656 Houston Hill Rd
Fort Worth, TX 76179

Clayton Everett
*Attorney for Debtor*
515 E. Border St., Ste 163
Arlington, TX 76010

John Dee Spicer
*Chapter 7 Trustee*
Suite 560, Founders Square
900 Jackson Street
Dallas, TX 75202-4425

US Trustee
*U.S. Trustee*
1100 Commerce Street, Room 976
Dallas, TX 75202

Toni Townsend
*Attorney for SFMC, LP dba SFMC Home Lending*
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Rd
Roswell, GA 30076

/s/ Blake Rasner
Blake Rasner