United States Bankruptcy Court

Northern District of Texas

In re: Case No. 26-42353-mxm

Randall Allen Cryer Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 4

Date Rcvd: Sep 11, 2026 Form ID: 318 Total Noticed: 62

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Randall Allen Cryer, 9656 Houston Hill Rd, Fort Worth, TX 76179-6013 |
| 23373847 | + | Angela Cryer, 9656 Houston Hill Rd, Fort Worth, TX 76179-6013 |
| 23373852 | + | Bollier Ciccone Stinson LLP, 1101 S Capital of Texas Hwy Ste 200, Bui, Austin, TX 78746-6480 |
| 23373861 | + | Citi Executive, PO Box Box 658202, Dallas, TX 75265-8202 |
| 23373862 | + | CitiBank Personal Loan, PO Box 78917, Phoenix, AZ 85062-8917 |
| 23373866 | + | Department of Justice Tax, 1700 Pacific Ave. Suite 3700, Dallas, TX 75201-4656 |
| 23373867 | + | Diamond Renovations, Inc., 9227 Live Oak Ln, Fort Worth, TX 76179-4063 |
| 23373870 | + | District Court State Of Utah Third Judicial Distri, 450 S State St, Salt Lake City, UT 84111-3101 |
| 23373873 | + | EECU, 717 E Bailey Boswell Rd, Fort Worth, TX 76131 |
| 23373874 | + | EECU Signature Fixed Loan, PO Box 1687, Fort Worth, TX 76101-1687 |
| 23373877 | + | Home Depot Commercial, PO Box 790345, Saint Louis, MO 63179-0345 |
| 23373880 | + | Kubota Credit, 3401 Del Amo Blvd, Torrance, CA 90503-1636 |
| 23373884 | + | Lowes Business Advantage, PO Box 669824, Dallas, TX 75266-0781 |
| 23373889 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23373890 | + | Service First Mortgage Co., PO Box 660592, Dallas, TX 75266-0592 |
| 23373892 | + | Stephen Daniel Taylor, 1572 Flying Jib Drive, Azle, TX 76020-4972 |
| 23373894 | + | Synchrony Secured, PO Box 71791, Philadelphia, PA 19176-1791 |
| 23373895 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |
| 23419160 | + | The Huntington National Bank, c/o Blake Rasner, Haley & Olson, P.C., 100 N. Ritchie Road, Suite 200, Waco, Texas 76712-8517 |
| 23373902 | + | Wells Fargo Equipment, 800 Walnut St 4th Floor, Des Moines, IA 50309-3605 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: BANKAMER | Sep 12 2026 02:20:00 | Bank of America, N.A., 9000 Southside Blvd, Bldg 300 Floor 3, Jacksonville, FL 32256-0786 |
| cr | + | Email/Text: accountresolutions@eecu.org | Sep 11 2026 22:39:00 | EECU, ATTN: Bankruptcy, PO BOX 1777, Fort Worth, TX 76101-1777 |
| cr | + | Email/Text: KubotaBKNotices@nationalbankruptcy.com | Sep 11 2026 22:38:00 | Kubota Credit Corporation, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Sep 11 2026 22:38:00 | SFMC, LP dba SFMC Home Lending, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 23373846 | + | Email/PDF: bncnotices@becket-lee.com | Sep 11 2026 22:40:20 | American Express, PO Box 96001, Los Angeles, CA 90096-8000 |
| 23373848 | ^ | MEBN | Sep 11 2026 22:35:51 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23373849 | | EDI: BANKAMER | Sep 12 2026 02:20:00 | Bank of America, PO Box 15019, Wilmington, DE 19886 |

| | | | | |
|---|---|---|---|---|
| 23373850 | + EDI: BANKAMER | Sep 12 2026 02:20:00 | Bank of America, PO Box 851001, Dallas, TX 75285-1001 |
| 23373851 | + EDI: BANKAMER | Sep 12 2026 02:20:00 | Bank of America Consumer Credit Cards, PO Box 672050, Dallas, TX 75267-2050 |
| 23373853 | + Email/Text: ljalovec@belaw.com | Sep 11 2026 22:39:00 | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23373857 | EDI: CITICORP | Sep 12 2026 02:20:00 | CBNA, Attn: Centralized Bankruptcy/Citicorp, PO Box 790034, St Louis, MO 63179-0034 |
| 23373854 | + Email/Text: bankruptcy@cadencebank.com | Sep 11 2026 22:38:00 | Cadence Bank, Attn: Central Loan Operations, PO Box 4360, Tupelo, MS 38803-4360 |
| 23373855 | + EDI: CAPITALONE.COM | Sep 12 2026 02:20:00 | Capital One Bank USA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 23373856 | + EDI: CAPITALONE.COM | Sep 12 2026 02:20:00 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 23373858 | + EDI: JPMORGANCHASE | Sep 12 2026 02:20:00 | Chase Business Ink, PO Box 1423, Charlotte, NC 28201-1423 |
| 23373859 | + EDI: CITICORP | Sep 12 2026 02:20:00 | Citi Business Card, PO Box 6004, Sioux Falls, SD 57117-6004 |
| 23373860 | + EDI: CITICORP | Sep 12 2026 02:20:00 | Citi Costco Business, PO Box 658234, Dallas, TX 75265-8234 |
| 23373863 | + EDI: CITICORP | Sep 12 2026 02:20:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, S Louis, MO 63179-0040 |
| 23373864 | + EDI: CITICORP | Sep 12 2026 02:20:00 | Citicards CBNA, 5800 South Corporate Place Mail Code 234, Sioux Falls, SD 57108-5027 |
| 23373865 | + Email/Text: bankruptcy@datcu.org | Sep 11 2026 22:38:00 | DATCU, PO Box 827, Denton, TX 76202-0827 |
| 23373869 | EDI: DISCOVER | Sep 12 2026 02:20:00 | Discover Financial, PO Box 30943, Salt Lake City, UT 84130 |
| 23373868 | + EDI: DISCOVER | Sep 12 2026 02:20:00 | Discover, PO Box 71242, Charlotte, NC 28272-1242 |
| 23373871 | + Email/Text: accountresolutions@eecu.org | Sep 11 2026 22:39:00 | EECU, PO Box 1777, Fort Worth, TX 76101-1777 |
| 23373872 | + Email/Text: bknotifications@myeecu.org | Sep 11 2026 22:38:00 | EECU, Attn: Bankruptcy, PO Box 5242, Fresno, CA 93755-5242 |
| 23373876 | Email/Text: collecadminbankruptcy@fnni.com | Sep 11 2026 22:38:00 | FNBO, 1620 Dodge Street, Omaha, NE 68197 |
| 23373875 | Email/Text: collecadminbankruptcy@fnni.com | Sep 11 2026 22:38:00 | FNBO, PO Box 3128, Omaha, NE 68103 |
| 23373879 | + EDI: IRS.COM | Sep 12 2026 02:20:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23373882 | + Email/Text: dallas.bankruptcy@LGBS.com | Sep 11 2026 22:39:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23373881 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 11 2026 22:38:00 | Lexus Financial Services, PO Box 94316, Palatine, IL 60094-4316 |
| 23373883 | + Email/Text: dallas.bankruptcy@LGBS.com | Sep 11 2026 22:39:00 | Linebarger Groggans Blair & Sampson, LLP, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23373885 | + Email/Text: riskmanagement@mulliganfunding.com | Sep 11 2026 22:37:00 | Mulligan Funding, 4715 Viewridge Avenue, Suite 100, San Diego, CA 92123-1628 |
| 23373886 | + Email/Text: rzahradka@nationalfunding.com | Sep 11 2026 22:38:00 | National Funding, Inc, 4380 La Jolla Village Dr., San Diego, CA 92122-1233 |
| 23373887 | + Email/Text: bankruptcy@ondeck.com | Sep 11 2026 22:39:00 | Odk Capital, 4700 W. Daybreak Pkwy, Suite 200, South Jordan, UT 84009-5133 |

| | | | | |
|---|---|---|---|---|
| 23373888 | + | Email/Text: emccain@pbfcm.com | Sep 11 2026 22:38:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23373893 | ^ | MEBN | Sep 11 2026 22:38:46 | Superior Court Of California, County Of Orange, 700 Civic Center Drive West, Santa Ana, CA 92701-4045 |
| 23373891 | | Email/Text: pacer@cpa.state.tx.us | Sep 11 2026 22:39:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23373896 | + | Email/Text: bcd@oag.texas.gov | Sep 11 2026 22:38:00 | Texas Attorney General's Office, Bankruptcy-Collections Div., PO Box 12548, Austin, TX 78711-2548 |
| 23373897 | + | Email/Text: collections.pacer@twc.texas.gov | Sep 11 2026 22:39:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23373898 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 11 2026 22:38:00 | Toyota Financial Services, Attn: Bankruptcy Dept, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 23373899 | ^ | MEBN | Sep 11 2026 22:38:31 | Truist Loan Services, PO Box 2306, Wilson, NC 27894-2306 |
| 23373900 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Sep 11 2026 22:39:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |
| 23373901 | | EDI: USBANKARS.COM | Sep 12 2026 02:20:00 | US Bank, PO Box 6353, Fargo, ND 58125 |

TOTAL: 42

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23373878 | *+ | Internal Revenue Service, Philadelphia, PA 19101, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Blake Rasner | on behalf of Creditor The Huntington National Bank successor by merger to Cadence Bank brasner@haleyolson.com tiffany.herbelin@haleyolson.com |
| Clayton Everett | on behalf of Debtor Randall Allen Cryer clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail. |

| | |
|---|---|
| | com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| David L. Pritchard | on behalf of Creditor EECU david@dlplegal.com pritchardlawfirm@ecf.courtdrive.com;thepritchardlawfirmpllc@jubileebk.net |
| John Dee Spicer | trusteedocs@chfirm.com jds@trustesolutions.net |
| Shelby Leigh Mashigian | on behalf of Creditor Kubota Credit Corporation shelby.mashigian@bonialpc.com Notices.Bonial@ecf.courtdrive.com |
| Tom W. Sharp | on behalf of Creditor DATCU Credit Union tsharp@blalack.com bksupport@blalack.com |
| Toni Townsend | on behalf of Creditor SFMC LP dba SFMC Home Lending toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 8

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Randall Allen Cryer<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–6431 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Texas | | |
| Case number: | 26–42353–mxm7 | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Randall Allen Cryer
aka Randy Cryer

9/10/26

**By the court:** Mark X. Mullin
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**